# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Baldor Electric Company, | ) |
| Plaintiff, | ) ) ) ) Case No. 4:14-cv-01551-AGF |
| vs. | ) ) ) |
| PTJ Industrial and Sierra Electric Motors, | ) ) |
| Defendants. | ) |

## CONSENT JUDGMENT AND PERMANENT INJUNCTION

NOW ON THIS 21st day of January 2015, the above-captioned and numbered cause comes before the Court on the Consent Motion for Entry of Consent Judgment. By stipulation of the parties, the Court hereby enters the following Order:

1. Defendant PTJ Industrial also doing business as Sierra Electric Motors, and Jeffrey Newman, as an officer and sole owner of the entire ownership interests in PTJ Industrial, hereby consent to the jurisdiction and venue of this Court, and to judgment on Plaintiff Baldor Electric Company's claims of trademark infringement under 15 U.S.C. §1114 (Count I) and trademark infringement under 15 U.S.C. §1125(a) (Count II).

2. Defendant PTJ Industrial also doing business as Sierra Electric Motors, and their officers, agents, servants, employees, successors and assigns, and those persons in active concert or participation with them, are hereby permanently enjoined and restrained from importing, exporting, manufacturing, advertising, offering for sale, selling or distributing motors using the colors gold, bronze, yellow or orange, or any color likely to cause confusion with those colors.

3. Jeffrey Newman, as an officer of PTJ Industrial, and all other companies through which Jeffrey Newman does business, are also hereby permanently enjoined and restrained from importing, exporting, manufacturing, advertising, offering for sale, selling or distributing motors using the colors gold, bronze, yellow or orange, or any color likely to cause confusion with those colors.

4. This Court shall retain jurisdiction and venue over the parties, this Judgment and any related settlement agreements so that any disputes or controversies that may arise with regard to any of them shall be exclusively brought before this Court for resolution thereof.

5. Each party shall bear its own costs and attorney fees.

**PTJ INDUSTRIAL**
**also doing business as**
**SIERRA ELECTRIC MOTORS**

_____
Signature

JEFFREY NEWMAN  OWNER
Printed Name and Title

1/8/15
Date

**BALDOR ELECTRIC COMPANY**

_____
Signature

GEORGE E. MOSCHNER, EVP
Printed Name and Title

1/13/2015
Date

**JEFFREY NEWMAN**

_____
Signature

1/8/15
Date

SO ORDERED

_____
The Honorable Audrey G. Fleissig
United States District Court Judge

Dated this 21st day of January, 2015

6078062
- 2 -